UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER M. HODGE | CIVIL ACTION |
| VERSUS | NO. 06-11362 |
| WARDEN TRAVIS | SECTION "J" (6) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion for summary judgment filed on behalf of defendant, Warden Jeffery Travis, be **GRANTED** and the petition of Christopher Hodge for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 29th day of August, 2007.

UNITED STATES DISTRICT JUDGE